UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                        CASE NO.: 12-04801-BKC-3F7
                                              ADV. NO.:
   KOO, BON M.,

          Debtor(s).

_____

ALEXANDER G. SMITH, as Trustee of the
Estate(s) of Bon M. Koo, Debtor(s).

          Plaintiff(s)

vs

BON M. KOO

          Defendant(s).

_____

## COMPLAINT FOR REVOCATION OF DISCHARGE

COMES NOW the Plaintiff, ALEXANDER G. SMITH, as Trustee of the Estate of Bon M. Koo, Debtor, and sues the Defendant, Bon M. Koo, and says:

1. Plaintiff is the duly qualified and acting Trustee of the Estate of Bon M. Koo, having been so appointed on July 25, 2012.

2. The Discharge of the Debtor was entered by this Court on November 5, 2012.

3. Pursuant to the Court's Order Requiring Appearance for purpose of Examination entered January 18, 2013, the debtor(s) were ordered to appear in the office of the Trustee at 3:00 p.m. on February 4, 2013. At request of debtor, Trustee agreed to reschedule the 2004 Examination for April 15, 2013 at 2:00 p.m. (see attached letter).

4. Debtor failed to appear at the rescheduled 2004 Examination at 2:00 on April 15, 2013 and therefore violated court order The Debtor failed and refused to appear at said scheduled deposition and, hence, the debtor(s) refused to obey a lawful Order of this Court which is grounds for revocation of discharge pursuant to Section 727(d)(3) and Section 727(a)(6) of the Bankruptcy Code.

WHEREFORE, the Plaintiff requests that the Debtor's discharge be revoked pursuant to the provisions of Section 727(d)(3) and 727(a)(6) of the Bankruptcy Code.

DATED AT Jacksonville, Florida this 1st day of May, 2013.

ALEXANDER G. SMITH
Fla. Bar ID #140323
Attorney for Trustee
2601 University Blvd. West
Jacksonville, FL 32217
(904) 733-2000