**ALEXANDER G. SMITH**
Trustee in Bankruptcy
2601 University Boulevard West
Jacksonville, Florida 32217-2112

Telephone 904/733-3822

March 13, 2013

Keith D. Collier, Esquire
2350 Park Street
Jacksonville, FL 32204

      IN RE: BON M. KOO BANKRUPTCY
      Case No.:12-04801-3F7

Dear Mr. Collier:

With regard to the above bankruptcy, this is to advise you that I have rescheduled the 2004 Examination for Monday, April 15, 2012. The Order Granting Motion for Rule 2004 Examination was signed by the Judge on January, 2013. My assistant was told that Mr. Koo would agree to allow Ms. Scott to do the appraisal. To date, your client refuses to cooperate with our Ms. Scott, to do the appraisal requested by the Trustee.

Please appear together with your client in my office on April 15, 2012 at 2:00 p.m..

Sincerely yours,

Alexander G. Smith

AGS/npc
cc: Bon M. Koo