UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
    KOO, BON,

        Debtor(s).

CASE NO.: 12-04801-BKC-3F7  
ADV. NO.: 13-ap-00226-JAF

ALEXANDER G. SMITH, as Trustee of the
Estate(s) of Bon Koo, Debtor(s).

        Plaintiff(s)

vs.

BON KOO,

        Defendant(s).

## JUDGMENT

On Plaintiff's Motion for Default Judgment it is,

ORDERED:

1. The discharge granted to debtor on , November 12, 2012 is REVOKED.

2. Pursuant to Rule 4006 of the Bankruptcy Rules, notice of this revocation of discharge shall be given to all creditors as provided in Rule 2002(f)(6) of the Bankruptcy Rules.

DATED at Jacksonville, Florida this ___ day of June, 2013.

                      JERRY A. FUNK  
                      United States Bankruptcy Judge

Copies furnished to:  
Alexander G. Smith, Trustee  
Keith D. Collier, Attorney  
Bon M. Koo, Debtor  
Assistant U. S. Trustee